UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **LINGELBACH, JOHN** ) | Bankruptcy Case No. 17-82497 TML |
| **LINGELBACH, HAZEL CHRISTINE** ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 18, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

LINGELBACH, JOHN
LINGELBACH, HAZEL CHRISTINE
4801 SHROPSHIRE DRIVE
ROCKFORD, IL 61109

RICHARD O AINSWORTH
CROSBY LAW FIRM
475 EXECUTIVE PARKWAY
ROCKFORD, IL 61107
*(Via ECF Electronic Transmission)*

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ Debbie M. Harris
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com