# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LINGELBACH, JOHN                    § Case No. 17-82497
       LINGELBACH, HAZEL CHRISTINE         §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $96,696.56                    Assets Exempt: $59,829.39
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,086.90      Claims Discharged
                                                 Without Payment: $81,702.89

Total Expenses of Administration: $2,673.10

3) Total gross receipts of $ 11,760.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,760.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $39,368.84 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,673.10 | 2,673.10 | 2,673.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,699.99 | 39,786.87 | 39,786.87 | 9,086.90 |
| **TOTAL DISBURSEMENTS** | $133,068.83 | $42,459.97 | $42,459.97 | $11,760.00 |

4) This case was originally filed under Chapter 7 on October 23, 2017. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/30/2018        By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of Legal Fees | 1229-000 | 11,760.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,760.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Mortgage | 4110-000 | 39,368.84 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$39,368.84** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,926.00 | 1,926.00 | 1,926.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 715.00 | 715.00 | 715.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.78 | 15.78 | 15.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.32 | 16.32 | 16.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,673.10** | **$2,673.10** | **$2,673.10** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 18,876.89 | 18,701.69 | 18,701.69 | 4,271.27 |
| 2 | Discover Bank | 7100-000 | 19,695.18 | 19,695.18 | 19,695.18 | 4,498.17 |
| 3 | Synchrony Bank | 7100-000 | 4,125.00 | 1,390.00 | 1,390.00 | 317.46 |
| NOTFILED | Swedish American a Division of UW | 7100-000 | 1,875.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American a Division of UW | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Rkfd Assoc. Clinical Pathologists | 7100-000 | 370.00 | N/A | N/A | 0.00 |
| NOTFILED | Superior Ambulance Service | 7100-000 | 48.82 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American a Division of UW | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | United Recovery Service, L.L.C. | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank/Rms CC | 7100-000 | 12,388.00 | N/A | N/A | 0.00 |
| NOTFILED | VISA | 7100-000 | 10,099.53 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Cosultants of Rockford | 7100-000 | 134.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American a Division of UW | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American a Divison of UW | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of Veterans Affairs | 7100-000 | 239.22 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Georgia Inpatient Medical Assoc. | 7100-000 | 72.78 | N/A | N/A | 0.00 |
| NOTFILED | AAA Financial Services | 7100-000 | 12,210.12 | N/A | N/A | 0.00 |
| NOTFILED | Atg Credit LLC | 7100-000 | 506.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 8,511.00 | N/A | N/A | 0.00 |
| NOTFILED | Cherry Valley F.P.D. | 7100-000 | 673.20 | N/A | N/A | 0.00 |
| NOTFILED | Creditors' Protection Service, Inc. | 7100-000 | 81.25 | N/A | N/A | 0.00 |
| NOTFILED | Credence Resource Management LLC | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Inpatient Medical Assoc. | 7100-000 | 886.00 | N/A | N/A | 0.00 |
| NOTFILED | Cherry Valley F.P.D. | 7100-000 | 778.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$93,699.99** | **$39,786.87** | **$39,786.87** | **$9,086.90** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82497  
**Case Name:** LINGELBACH, JOHN  
               LINGELBACH, HAZEL CHRISTINE  
**Period Ending:** 08/30/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/23/17 (f)  
**§341(a) Meeting Date:** 11/27/17  
**Claims Bar Date:** 05/03/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4801 Shropshire Dr., Rockford, IL 61109 | 65,000.00 | 0.00 | | 0.00 | FA |
| 2 | Savings: Two Harbors Federal Credit Union | 1,191.38 | 0.00 | | 0.00 | FA |
| 3 | Checking: Generations Credit Union | 401.12 | 0.00 | | 0.00 | FA |
| 4 | Savings: Generations Credit Union | 1,825.98 | 0.00 | | 0.00 | FA |
| 5 | Furniture and household items | 300.00 | 0.00 | | 0.00 | FA |
| 6 | (3) tvs, cell phone | 600.00 | 0.00 | | 0.00 | FA |
| 7 | Everyday clothing | 50.00 | 0.00 | | 0.00 | FA |
| 8 | 410 Shotgun | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Polaris II Rewards<br>   Value and Exemption changed pursuant to Amended Schedules filed 11/3/17. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Polaris II Rewards | 548.69 | 0.00 | | 0.00 | FA |
| 11 | IRA: Brighthouse Financial | 16,352.49 | 0.00 | | 0.00 | FA |
| 12 | IRA: Polaris II Rewards | 626.90 | 0.00 | | 0.00 | FA |
| 13 | 2011 Ford Escape | 9,700.00 | 0.00 | | 0.00 | FA |
| 14 | Refund of Legal Fees  (u) | 11,760.00 | 11,760.00 | | 11,760.00 | FA |
| 14 | Assets    Totals (Excluding unknown values) | **$108,456.56** | **$11,760.00** | | **$11,760.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   May 22, 2018        **Current Projected Date Of Final Report (TFR):**   May 22, 2018  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-82497  
**Case Name:** LINGELBACH, JOHN  
LINGELBACH, HAZEL CHRISTINE  
**Taxpayer ID #:** **-***3371  
**Period Ending:** 08/30/18  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/18 | {14} | Crosby & Associates | refund of legal fees | 1229-000 | 4,720.00 | | 4,720.00 |
| 03/01/18 | {14} | Crosby & Associates | refund of legal fees | 1229-000 | 4,240.00 | | 8,960.00 |
| 03/01/18 | {14} | Crosby & Associates | refund of legal fees | 1229-000 | 2,080.00 | | 11,040.00 |
| 03/01/18 | {14} | CROSBY & ASSOCIATES | REFUND OF LEGAL FEES | 1229-000 | 720.00 | | 11,760.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.78 | 11,744.22 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.32 | 11,727.90 |
| 07/10/18 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $715.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 715.00 | 11,012.90 |
| 07/10/18 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,926.00, Trustee Compensation;  Reference: | 2100-000 | | 1,926.00 | 9,086.90 |
| 07/10/18 | 103 | Synchrony Bank | Dividend paid  22.83% on $1,390.00; Claim# 3; Filed: $1,390.00; Reference: | 7100-000 | | 317.46 | 8,769.44 |
| 07/10/18 | 104 | Discover Bank | Combined Check for Claims#1,2 | | | 8,769.44 | 0.00 |
| | | | Dividend paid  22.83%    4,271.27 on $18,701.69;  Claim# 1; Filed: $18,701.69 | 7100-000 | | | 0.00 |
| | | | Dividend paid  22.83%    4,498.17 on $19,695.18;  Claim# 2; Filed: $19,695.18 | 7100-000 | | | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 11,760.00 | 11,760.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 11,760.00 | 11,760.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,760.00** | **$11,760.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ******1966 | 11,760.00 | 11,760.00 | 0.00 |
| | $11,760.00 | $11,760.00 | $0.00 |

{} Asset reference(s)